

May 25, 2006

Dr. Andrew Maguire
c/o People For The American Way
2000 M Street, NW
Suite 400
Washington, DC 20036

Dear Dr. Maguire:

This letter serves as a notice of termination of your employment with People For The American Way and People For The American Way Foundation ("People For"), without cause. Your termination of employment is effective with the close of business on June 9, 2006 ("Termination Date").

Notwithstanding the above Termination Date, your services with People For are no longer necessary or desired. Accordingly, you are instructed to leave the People For premises and not to return to the People For premises for the remainder of your employment period. You are further instructed to immediately turn over to People For your access key and security card for the People For premises, as well as any and all People For documents, information and other materials that are in your possession ("People For Information"), including all copies (written, electronic or otherwise) and/or summaries thereof. You have a period of one hour from the delivery of this letter to gather your personal belongings from the People For premises, return your access key and security card, return all People For Information, and vacate the premises. You will be accompanied by a designated People For representative at all times during this one hour period.

**You are further reminded that you remain subject to the confidentiality and non-disclosure provisions of the PFAW Personnel Manual, which provisions survive the termination of your employment.**

You will be paid all salary due to you through the Termination Date. This amount, less any required withholdings, will be paid to you in accordance with normal People For payroll payment policies and procedures. You will also receive payment for all accrued vacation time (at your current salary rate) remaining unused on the Termination Date. The dollar value of such unused vacation time, less any required withholdings, will be paid to you at the time that you receive your final pay check.

People For will pay the individual coverage portion of your health insurance premium for the month of June 2006 under the People For health insurance plan (the "Health Plan"). You will

FILED
06 1048
JUN - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2000 M Street, NW • Suite 400 • Washington, DC 20036
Telephone 202.467.4999 • Fax 202.293.2672 • E-mail pfaw@pfaw.org • Web site http://www.pfaw.org

- 2 -

be responsible for paying the family coverage portion of such premium. In addition, you will be entitled to elect continued health insurance coverage under COBRA in accordance with the provisions of the Health Plan and applicable law. You will be solely responsible for the paying the premiums with respect to such coverage.

I am sorry that your employment relationship with People For did not work out as hoped. I wish you well in your future endeavors.

Sincerely,

Ralph G. Neas,
President