IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW MAGUIRE,<br>6508 Pyle Road<br>Bethesda, MD 20814<br><br>    Plaintiff,<br><br>    v.<br><br>PEOPLE FOR THE AMERICAN WAY<br>2000 M Street, NW #400<br>Washington, DC 20036<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-01048 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Russell H. Gore, Esq., of Seyfarth Shaw LLP, 815 Connecticut Avenue, NW, Suite 500, Washington, D.C. 20006, hereby enters his appearance as lead counsel for Defendant People For the American Way ("PFAW") in the above-referenced matter.

Respectfully submitted,

PEOPLE FOR THE AMERICAN WAY

By: _____/s/_____
Russell H. Gore, Esq. # 449231
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006-4004
(202) 463-2400
(202) 828-5393 (facsimile)

Dated: June 8, 2006          Counsel for Defendants