IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW MAGUIRE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-01048 (EGS) |
| PEOPLE FOR THE AMERICAN WAY | ) ) ) |
| Defendant. | ) ) |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned counsel of record for Defendant, People For the American Way ("PFAW"), certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of PFAW which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

.                                                          Respectfully submitted,

PEOPLE FOR THE AMERICAN WAY

By:_____/s/_____
    Russell H. Gore, Esq. # 449231
    SEYFARTH SHAW LLP
    815 Connecticut Avenue, N.W.
    Suite 500
    Washington, DC  20006-4004
    (202) 463-2400
    (202) 828-5393 (facsimile)

Dated:  June 8, 2006                         Counsel for Defendants

DC1 30167863.1