IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW MAGUIRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-01048 (EGS) |
| ) | |
| PEOPLE FOR THE AMERICAN WAY ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## JOINT LOCAL RULE 16.3 REPORT

Pursuant to Local Rule 16.3(d) and the Court's June 12, 2006 Order, the undersigned counsel conferred by telephone on Thursday, June 29, 2006, and hereby submit their joint written report in the above-captioned case. The following constitutes the parties' positions with respect to each of the items set forth in Local Rule 16.3.

**I. Statement of the Case and Statutory Bases**

**(1) Plaintiff's Statement**: This is an action for age discrimination in employment brought under the District of Columbia Human Rights Law and a breach of contract case. Both causes of action are diversity actions based on plaintiff's residence and citizenship in Maryland and the defendant's incorporation in the District of Columbia.

**(2) Defendant's Statement**: Defendant denies all liability, denies that Plaintiff was discriminated against on the basis of age or any other legally-protected basis, denies the existence of a contract as alleged by Plaintiff, and denies the allegations of breach of contract. Defendant also refers to and incorporates its Answer and Affirmative Defenses filed on June 23, 2006.

**II. Local Rule 16.3(c) Matters**

  **(1)**  **Dispositive Motions**: There are no pending dispositive motions. Defendant anticipates filing a motion for summary judgment.

  **(2)**  **Joinder/Amendment of Pleadings:** Plaintiff has not decided whether he intends to seek leave to amend the Complaint. Defendant does not presently anticipate any amendments. The parties agree that pleadings should be amended by August 11, 2006 (thirty (30) days after the Initial Scheduling Conference). At this time, the parties are not able to agree upon or narrow any factual or legal issues in this case.

  **(3)**  **Assignment to Magistrate Judge:** The parties do not wish this case to be assigned to a Magistrate Judge for all purposes.

  **(4)**  **Possibility of Settlement:** Plaintiff has suggested that the parties consider re-starting settlement discussions. Defendant will consider settlement overtures.

  **(5)**  **Alternative Dispute Resolution:** The parties believe that this case could benefit from the Court's alternative dispute resolution procedures and request that the Court send the parties to early mediation before Magistrate Judge Kay of this Court.

  **(6)**  **Dispositive Motions:** Defendant believes this case can be resolved on summary judgment. The parties agree that final dispositive motions should be filed within 45 days after the close of discovery, with oppositions, cross-motions and replies due in accordance with the Rules of Civil Procedure and the Local Rules of this Court. The parties will defer to the Court regarding when the Court will decide any dispositive motions that have been filed.

  **(7)**  **Initial Disclosures:** The parties stipulate to dispense with the initial disclosure provisions of Rule 26(a)(1) of the Federal Rules of Civil Procedure.

  **(8)**  **Extent of Discovery:** The parties propose that discovery commence at such time as set by the Court at the July 12, 2006 Initial Scheduling Conference and that it continue for

four months thereafter. Defendant believes a protective order is appropriate. The parties propose that each party (i) be permitted to issue up to twenty-five (25) document requests and (ii) be permitted to issue up to twenty-five (25) interrogatories. Plaintiff proposes that each party be permitted to take up to ten (10) depositions. Defendant proposes that each party be permitted to take up to five (5) depositions.

**(9)** **Expert Witness Reports:** The parties do not presently anticipate the need for experts, but reserve the right to seek an amendment of the scheduling order in this regard as discovery progresses.

**(10)** **Class Actions:** Not Applicable.

**(11)** **Bifurcated Trial/Discovery:** The parties agree that, at this time, neither discovery in this case nor trial should be bifurcated.

**(12)** **Pretrial Conference Date:** The parties propose that a pretrial conference be scheduled after the Court rules upon dispositive motions filed after the close of discovery, if any.

**(13)** **Trial Date:** Plaintiff believes a trial date should be set at the Initial Scheduling Conference. Defendant believes a trial date should be set at the pretrial conference.

DC1 30169114.1

**(14)** **Other Matters:** None.

Respectfully Submitted,

ANDREW MAGUIRE

By: _____/s/_____
Joel David Joseph, Bar No. 183830
Law Office of Joel D. Joseph
7272 Wisconsin Avenue
Suite 300
Bethesda, MD 20814
301-941-1989
240-209-4000 (facsimile)

Attorney for Plaintiff

Dated: July 5, 2006

Respectfully Submitted,

PEOPLE FOR THE AMERICAN WAY

By _____/s/_____
Russell H. Gore, Bar No. 4449231
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006
202-463-2400
202-828-5393 (facsimile)

Attorneys for Defendant

Dated: July 5, 2005

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW MAGUIRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-01048 (EGS) |
| ) | |
| PEOPLE FOR THE AMERICAN WAY ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## THE PARTIES' JOINTLY PROPOSED SCHEDULING ORDER

Upon consideration of the Joint Local Rule 16.3 Report, the Court hereby adopts the following schedule for this proceeding. The dates set forth herein will not be changed absent good cause shown.

| | |
|---|---|
| Initial Disclosures | Not required |
| Amendment of Pleadings | August 11, 2006 |
| Commencement of Discovery | _____ |
| Close of Fact Discovery | 4 months after commencement of discovery |
| Dispositive Motions | 45 days after close of discovery |
| Pretrial Conference | _____ |
| Trial | _____ |

SO ORDERED.

_____   _____
Date                                Emmet G. Sullivan
                                    United States District Court Judge