**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ANDREW MAGUIRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-01048 (EGS) |
| | ) | |
| PEOPLE FOR THE AMERICAN WAY | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**CONSENT MOTION FOR AN EXTENSION OF TIME FOR
DEFENDANT TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant People for the American Way ("PFAW"), by undersigned counsel, with the consent of Plaintiff and pursuant to Federal Rule of Civil Procedure 6(b), respectfully moves this Court to allow it until September 22, 2006, to answer or otherwise respond to Plaintiff's First Amended Complaint.  In support of this Motion, Defendant states as follows:

1.      Plaintiff filed his Verified Complaint on June 7, 2006.

2.      Defendant filed its Answer to Plaintiff's Verified Complaint on June 23, 2006.

3.      On August 11, 2006, Plaintiff filed a First Amended Complaint, which was refiled on August 14, 2006.

4.      While Defendant reserves all objections, denials and defenses to the First Amended Complaint, Defendant does not oppose Plaintiff's request that the Court accept the Amended Complaint for filing.

5.      In light of the fact that a motion for leave has not been filed, the deadline for Defendant to respond to the First Amended Complaint is unclear.  To clarify that issue, and because Defendant's lead counsel will be out of the country until early September 2006,

Defendant and Plaintiff have agreed that Defendant shall have until September 22, 2006, to answer or otherwise respond to Plaintiff's First Amended Complaint.

6.      Plaintiff consents to this motion.

WHEREFORE, Defendant respectfully requests that this Court set September 22, 2006 as the date by which Defendant may answer or otherwise respond to Plaintiff's First Amended Complaint.

Respectfully submitted,

PEOPLE FOR THE AMERICAN WAY

By:_____/s/_____
    Russell H. Gore, Esq. # 449231
    SEYFARTH SHAW LLP
    815 Connecticut Avenue, N.W.
    Suite 500
    Washington, DC  20006-4004
    (202) 463-2400
    (202) 828-5393 (facsimile)
Dated:  August 21, 2006        Counsel for Defendant