A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ANDREW MAGUIRE

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
|  | ) |  |
| vs. | ) | CASE NUMBER   C.A. 06-01048 (EGS) |
| PEOPLE FOR THE AMERICAN WAY | ) |  |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of   Karla Grossenbacher   as counsel in this

(Attorney's Name)

case for:   People for the American Way

(Name of party or parties)

August 18, 2006

Date

D.C. Bar. # 442544

BAR IDENTIFICATION

Signature

Karla Grossenbacher

Print Name

Seyfarth Shaw LLP, 815 Conn. Ave. NW

Address

Suite 500 Washington, DC 20006-4004

City          State          Zip Code

(202) 463-2400

Phone Number