IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW MAGUIRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-01048 (EGS) |
| ) | |
| PEOPLE FOR THE AMERICAN WAY ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.2 of the Local Rules of the United States District Court for the District of Columbia, Karla Grossenbacher, Esq., the undersigned attorney, hereby moves this Court to permit James L. Banks, Jr., Esq. to appear on behalf of Defendant People for the American Way (hereinafter "PFAW"), in the above-captioned case *pro hac vice*. In support of this motion, the undersigned states as follows:

1. Mr. Banks is presently a partner with the law firm of Seyfarth Shaw, 815 Connecticut Avenue, N.W., Suite 500, Washington D.C. 20006-4004, (202) 463-2400, counsel for PFAW. He is a member in good-standing of the bar of the Commonwealth of Virginia. Mr. Banks' application to the District of Columbia bar is pending and he is in the process of trying to be admitted to the U.S. District Court for the District of Columbia. *See* Declaration of James L. Banks, attached hereto as Exhibit 1.

2. I am counsel of record for PFAW and practice with the law firm of Seyfarth Shaw, 815 Connecticut Avenue, N.W., Washington D.C., 20006-4004. I am admitted to practice before this Court, and shall act as counsel of record and can be served with all pleadings,

motions, notices and other papers pursuant to the Federal Rules of Civil Procedure and the rules of this Court.

WHEREFORE, the undersigned respectfully requests that the Court grant this motion and permit James L. Banks, Esq. to appear before this Court *pro hac vice*.

        Respectfully submitted,

        PEOPLE FOR THE AMERICAN WAY

        By: _____/s/_____
        Karla Grossenbacher, Esq. # 442544
        Russell H. Gore, Esq. # 449231
        SEYFARTH SHAW LLP
        815 Connecticut Avenue, N.W.
        Suite 500
        Washington, DC 20006-4004
        (202) 463-2400
        (202) 828-5393 (facsimile)

Dated: November 14, 2006        Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2006, I electronically filed the Motion for Admission *Pro Hac Vice*, with Exhibit, with the Clerk of the Court using the CM/ECF which will send notification of such filings(s) to the following:

    Joel David Joseph
    JOSEPH & ASSOCIATES
    7272 Wisconsin Avenue
    Suite 300
    Bethesda, MD 20814
    (301)941-1989
    Fax: (240) 209-4000
    Email: josephassociates@comcast.net
    Counsel for Plaintiff

                                        Respectfully submitted,

                                        _____/s/_____
                                        Karla Grossenbacher, Esq. # 442544
                                        Russell H. Gore, Esq. # 449231
                                        SEYFARTH SHAW LLP
                                        815 Connecticut Avenue, N.W.
                                        Suite 500
                                        Washington, D.C. 20006-4004
                                        Phone: (202) 463-2400
                                        Fax: (202) 828-5393
                                        kgrossenbacher@seyfarth.com