IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW MAGUIRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-01048 (EGS) |
| ) | |
| PEOPLE FOR THE AMERICAN WAY ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.2 of the Local Rules of the United States District Court for the District of Columbia, Karla Grossenbacher, Esq., the undersigned attorney, hereby moves this Court to permit Elisabeth Moriarty-Ambrozaitis, Esq. to appear on behalf of Defendant People for the American Way (hereinafter "PFAW"), in the above-captioned case *pro hac vice*. In support of this motion, the undersigned states as follows:

1. Ms. Moriarty-Ambrozaitis is an associate lawyer with the law firm of Seyfarth Shaw, 815 Connecticut Avenue, N.W., Suite 500, Washington D.C. 20006-4004, (202) 463-2400, counsel for PFAW. She is a member in good-standing of the bars of the District of Columbia, Illinois, and Massachusetts. *See* Declaration of Elisabeth Moriarty-Ambrozaitis, attached hereto as Exhibit 1. Ms. Moriarty-Ambrozaitis is in the process of trying to be admitted to the U.S. District Court for the District of Columbia

2. I am counsel of record for PFAW and practice with the law firm of Seyfarth Shaw, 815 Connecticut Avenue, N.W., Washington D.C., 20006-4004. I am admitted to practice before this Court, and shall act as counsel of record and can be served with all pleadings,

DC1 30173784.1

motions, notices and other papers pursuant to the Federal Rules of Civil Procedure and the rules of this Court.

WHEREFORE, the undersigned respectfully requests that the Court grant this motion and permit Elisabeth Moriarty-Ambrozaitis, Esq. to appear before this Court *pro hac vice*.

        Respectfully submitted,

        PEOPLE FOR THE AMERICAN WAY

By: _____/s/_____
    Karla Grossenbacher, Esq. # 442544
    Russell H. Gore, Esq. # 449231
    SEYFARTH SHAW LLP
    815 Connecticut Avenue, N.W.
    Suite 500
    Washington, DC  20006-4004
    (202) 463-2400
    (202) 828-5393 (facsimile)

Dated:  November 14, 2006        Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2006, I electronically filed the Motion for Admission *Pro Hac Vice*, with Exhibit, with the Clerk of the Court using the CM/ECF which will send notification of such filings(s) to the following:

>Joel David Joseph
>JOSEPH & ASSOCIATES
>7272 Wisconsin Avenue
>Suite 300
>Bethesda, MD 20814
>(301)941-1989
>Fax: (240) 209-4000
>Email: josephassociates@comcast.net
>Counsel for Plaintiff

>Respectfully submitted,
>
>_____/s/_____
>Karla Grossenbacher, Esq. # 442544
>Russell H. Gore, Esq. # 449231
>SEYFARTH SHAW LLP
>815 Connecticut Avenue, N.W.
>Suite 500
>Washington, D.C. 20006-4004
>Phone: (202) 463-2400
>Fax: (202) 828-5393
>kgrossenbacher@seyfarth.com

DC1 30176358.1