IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW MAGUIRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-01048 (EGS) |
| ) | |
| PEOPLE FOR THE AMERICAN WAY ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### DECLARATION OF ELISABETH MORIARTY-AMBROZAITIS

I, Elisabeth Moriarty-Ambrozaitis, hereby declare as follows. The statements in this Declaration are made of my own personal knowledge and I am competent to testify concerning them.

1. I am an associate with the law firm of Seyfarth Shaw, 815 Connecticut Avenue, N.W., Suite 500, Washington D.C. 20006-4004, (202) 463-2400.

2. I am a member in good-standing of the bars of the District of Columbia, Illinois, and Massachusetts.

3. I have never been disciplined or sanctioned by any bar or court.

4. I have not been admitted *pro hac vice* to this Court at any time during the past two years. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of November, 2006.

*Elisabeth M.*
Elisabeth Moriarty-Ambrozaitis

DC1 30173784.1