IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW MAGUIRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-01048 (EGS) |
| ) | |
| PEOPLE FOR THE AMERICAN WAY ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

This matter is before the Court on a Motion for Admission *Pro Hac Vice* in the above-captioned case, pursuant to the Rules of the United States District Court for the District of Columbia. Upon consideration of this motion, any opposition thereto and the entire record herein, it is this ____ day of _____, 2006,

ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED; and it is

FURTHER ORDERED that Elisabeth Moriarty-Ambrozaitis, Esquire, shall be and hereby is admitted to appear before this Court in the above-captioned matter.

SO ORDERED.

_____
Honorable_____

DC1 30173784.1