IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW MAGUIRE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PEOPLE FOR THE AMERICAN WAY, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-01048 (EGS) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Andrew Maguire and Defendant People For The American Way ("PFAW"), through their respective attorneys of record, hereby stipulate to dismiss with prejudice, on the merits, all claims and causes of action against PFAW, in the above-captioned action, without costs or attorneys' fees to any party, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Dated this 26th day of December, 2006.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| ANDREW MAGUIRE | PEOPLE FOR THE AMERICAN WAY |
| By:_____<br>Joel David Joseph, Bar No. 183830<br>Law Office of Joel D. Joseph<br>7272 Wisconsin Avenue, Suite 300<br>Bethesda, MD 20814<br>301-941-1989<br>240-209-4000 (facsimile) | By_____/s/_____<br>Karla Grossenbacher, Esq. #442544<br>SEYFARTH SHAW LLP<br>815 Connecticut Avenue, N.W., Suite 500<br>Washington, DC 20006<br>202-463-2400<br>202-828-5393 (facsimile) |
| Attorney for Plaintiff | Attorneys for Defendant |